**Ronald I. NANCE, Plaintiff–Appellant,**

v.

**William J. HENDERSON, Postmaster General, United States Postal Service, Defendant–Appellee.**

**No. 00–1917.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2001.

Decided March 19, 2001.

Angela Newell Gray, Gray, Newell, Johnson & Blackmon, L.L.P., Greensboro, NC, for appellant. Walter C. Holton, Jr., United States Attorney, Lynn P. Klauer, Assistant United States Attorney, Greensboro, NC; Lori J. Dym, Brian M. Reimer, United States Postal Service, Washington, DC, for appellee.

Before WIDENER, WILKINS, and KING, Circuit Judges.

PER CURIAM.

Ronald I. Nance appeals from the district court's order awarding summary judgment to the Postal Service on his employment discrimination claims. Our review of the record, the parties' briefs, and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Henderson,* No. CA–99–257 (M.D.N.C. June 15, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*